**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| ALBERTSONS COMPANIES, INC., *et. al.,*<br><br>    *Plaintiffs*,<br><br>v.<br><br>ASR GROUP INTERNATIONAL, INC., AMERICAN SUGAR REFINING, INC., DOMINO FOODS, INC., IMPERIAL SUGAR CO. N/K/A UNITED STATES SUGAR SAVANNAH REFINERY, LLC; UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE F/K/A UNITED SUGARS CORPORATION, COMMODITY INFORMATION, INC., AND RICHARD WISTISEN,<br><br>    *Defendants.* | Case No. _____ |

**PLAINTIFFS' CONSOLIDATED CORPORATE
DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Plaintiffs Albertsons Companies, Inc., Associated Grocers of the South, Inc., Associated Grocers of Florida, Inc., H-E-B, LP, Hy-Vee, Inc., The Kroger Co., Meijer, Inc., Meijer Distribution, Inc., Publix Super Markets, Inc., Raley's, Raley's Arizona, LLC, SUPERVALU, Inc., Unified Grocers, Inc., Tony's Fine Foods, Save Mart Supermarkets LLC, United Natural Foods, Inc., US Foods, Inc. and Ahold Delhaize USA, Inc., by and through their undersigned attorneys, make the following disclosures:

1.     Albertsons Companies, Inc. states Kimco Realty Corporation, a publicly held corporation, owns more than 5% but less than 10% of its stock, and that Cerebrus Capital

Management, Klaff Realty LP, Lubert Adler Partners, LP, and Schottenstein Stores Corp., – all privately held companies – own more than 10% of its stock.

2. Associated Grocers of the South, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

3. H-E-B, LP is a privately held subsidiary with the following parent companies: HEBGO GP, LLC; HEBCO LP, LLC; and H.E. Butt Grocery Company.  No publicly held corporations own 10% or more of HEBGO GP, LLC's, HEBCO LP, LLC's, or H.E. Butt Grocery Company's stock.

4. Hy-Vee, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

5. The Kroger Co. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

6. Meijer, Inc. and Meijer Distribution Inc. state that: (1) Meijer Distribution, Inc. is a wholly owned subsidiary of Meijer, Inc.; (2) Meijer, Inc. is a wholly owned subsidiary of Meijer Companies, Ltd., and (3) no publicly held corporation owns 10% or more of the stock Meijer, Inc. or Meijer Distribution, Inc.

7. Publix Super Markets, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

8. Raley's and Raley's Arizona LLC  have  no parent corporations and no publicly held corporations own 10% or more of their stock.

9. SuperValu Inc. ("SVU"), Associated Grocers of Florida, Inc. ("AGFL"), Unified Grocers, Inc. ("Unified"), and Tony's Fine Foods ("Tony's") are not publicly held corporations. UNFI, a publicly held corporation. is parent corporation or the  ultimate parent corporation of

2

SVU, AGFL, Unified, and Tony's.  No other publicly held corporation owns 10% or more of SVU, AGFL, Unified, or Tony's.

10.     Save Mart Supermarkets LLC has no parent corporation and no publicly held corporation owns 10% or more of its stock.

11.     United Natural Foods, Inc. ("UNFI") is a publicly held corporation whose shares are traded on the New York Stock Exchange.  UNFI has no parent corporation.  To the knowledge of UNFI, BlackRock, Inc. is the only publicly traded entity that owns more than 10% of the outstanding shares of UNFI.

12.     US Foods, Inc. is a wholly owned subsidiary of US Foods Holding Corp., which is a publicly-traded corporation and no publicly held corporation owns 10% or more of its stock.

13.     Ahold Delhaize USA, Inc. is an indirect wholly-owned subsidiary of Koninklijke Ahold Delhaize N.V., a Dutch publicly traded company.

Dated: August 3, 2026                                    Respectfully submitted,

By:  _____

William J. Blechman, Esquire
Douglas H. Patton, Esquire
Michael A. Ponzoli, Esquire
SPERLING KENNY NACHWALTER, LLC
1441 Brickell Avenue
Suite 1100
Miami, Florida  33131
Tel:  (305) 373-1000
Fax: (305) 372-1861
E-mail:  wjb@sperlingkenny.com
        dpatton@sperlingkenny.com
        mponzoli@sperlingkenny.com

Joseph Vanek, Esquire
David P. Germaine, Esquire
John P. Bjork, Esquire
Alberto Rodriguez, Esquire
Paul Bateman, Jr., Esquire
SPERLING KENNY NACHWALTER, LLC
321 North Clark Street, 25th Floor
Chicago, Illinois  60654
Tel:  (312) 641-3200
E-mail:  jvanek@sperlingkenny.com
        dgermaine@sperlingkenny.com
        jbjork@sperlingkenny.com
        arodriguez@sperlingkenny.com
        pbateman@sperlingkenny.com

3

Ryan Holt, Esquire
SHERRARD ROE VOIGT & HARBISON
1600 West End Avenue
Suite 1750
Nashville, TN  37203
Tel:  (615) 742-4200
E-mail:  RHolt@srvhlaw.com

***Counsel for Plaintiffs***

8016449.1